**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THOMAS STEPHAN THOMPSON, | : | No. 442 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| v. | : | **Opinion and Order** of the |
| | : | Commonwealth Court at No. 118 CD |
| | : | 2015 entered on May 24, 2016, |
| PENNSYLVANIA BOARD OF | : | **affirming** the Order Dated of the Board |
| PROBATION AND PAROLE, | : | of Probation & Parole at Nos. AY-9375 |
| | : | and Parole No. 6521-T entered on |
| Respondent | : | January 22, 2015 |

**ORDER**

**PER CURIAM**                                                     DECIDED:  June 15, 2017

**AND NOW**, this 15th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for reconsideration of its decision in light of *Pittman v. Pennsylvania Board of Probation and Parole*, __ A.3d __, 2017 WL 1489047 (Pa. April 26, 2017).